FILED

SEP 1 4 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

2 PAGES
PATRICK KAVANAGH
BAR NO. 99829
LAW OFFICES OF PATRICK KAVANAGH
1331 "L" Street
Bakersfield, CA 93301
(661) 322-5553
Trustee/Attorney for Trustee

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| In the Matter of<br><br>PARK, ARTHUR MYUNGHOON,<br><br>Debtor. | Case No. 04-12777-B-7K<br>DC-PK-22<br>Chapter 7<br><br>FINDINGS OF FACT AND<br>CONCLUSIONS OF LAW |
|---|---|

The Court makes the following Findings of Fact and Conclusions of Law:

1. The herein motion was filed as part of the trustee's duty to collect the information necessary to file appropriate tax returns. The trustee has a statutory duty in cases where tax returns are required to file those returns.

2. In a case where the trustee has sold the property for $1.705 million dollars, the trustee must prepare fiduciary tax returns. *And must make a diligent inquiry with regard to the cost basis of the assets that have been sold.*

3. The herein motion was filed as part of the duty of the trustee to make such inquiry, *in his effort to obtain reliable cost basis information from the Debtor and his accountant.*

4. The trustee disclosed, in open court, that he had received a spreadsheet *stating, without supporting documentation,* ~~showing~~ what expenses were incurred by the debtor. *Debtor's counsel was present and represented that the Debtor could not, or would not, produce any other documentation, receipts, tax returns, etc. to support the Debtor's contention regarding the proper cost basis of the house.*

-1-

RECEIVED
September 13, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000896181

488

5. The debtor has refused to provide the underlying documents regarding the cost basis. The Trustee is not required to use the Debtor's information to prepare the tax returns, which may result in the estate paying substantially

6. The record reflects that the trustee has made a reasonable diligent inquiry into the basis of the residence that the trustee sold. The Trustee shall proceed to file the tax returns based upon the only reliable cost basis information he has, in the Trustee's sole discretion.

DATED: 9-14-07

_____
W. RICHARD LEE
U.S. BANKRUPTCY COURT JUDGE

Submitted by:

LAW OFFICES OF PATRICK KAVANAGH

By _____
PATRICK KAVANAGH
Trustee

more income tax than would be required had the Debtor provided reliable documentation as requested by the Trustee. This is a "surplus" estate and any taxes paid by the Trustee will reduce the surplus funds to be returned to the Debtor at the close of the case.